JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA RODRIGUEZ, | Case No. cv 24-3991-MWF(AGRx) |
| Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE |
| v. | |
| COSTCO WHOLESALE CORPORATION, et al., | |
| Defendants. | |

The Court has considered the parties' Stipulation of Dismissal of Plaintiff's Complaint with Prejudice. (Docket No. 59). For good cause shown, the Stipulation is GRANTED. This action is DISMISSED with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: August 22, 2025

_____

MICHAEL W. FITZGERALD
United States District Judge